# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3943
Lower Tribunal No. 2023-GA-000164-O

_____

IN RE: Guardianship of Bettye Jo Williams.

JOHN WILLIAMS,

Appellant,

v.

BETTYE JO WILLIAMS,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Michael Murphy, Judge.

December 9, 2025

PER CURIAM.

      AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


H. Kyle Fletcher, of Fletcher Law Firm, P.A., Oviedo, for Appellant.

Scott A. Livingston, of Livingston Litigation, PLLC, Winter Springs, for Appellee.

Pamela Grace Martini, of Law Office of Pamela G. Martini, PLLC, Orlando, for William Rhea Williams.

Renée Vermette Peppy, of The Elder Law Center of Kirson & Fuller, Orlando, for Chandra Lee Williams Short.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED